AO 91 (Rev. 02/09) Criminal Complaint      FELONY      United States Courts
Southern District of Texas
**FILED**

*June 28, 2021*

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America )
v. )
Adriana Garcia ) Case No. B-21-MJ-682
)
)

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __06/26/2021__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant violated __8__ U.S.C. § __1324__, an offense described as follows:

Knowing or in reckless disregard of the fact that aliens had come to, entered, or remained in the United States in violation of law, concealed, harbored, or shielded from detection, or attempted to conceal, harbor, or shield from detection, such aliens in any place, including any buidling or any means of transportation within the United States.

This criminal complaint is based on these facts:
See Attachment "A"

☑ Continued on the attached sheet.

*Complainant's signature*

Jeffrey Davison, HSI Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed.R.Crim.4.1

Date: 06/28/2021

*Judge's signature*

City and state: Brownsville, Texas     Ronald G. Morgan, U.S. Magistrate Judge
*Printed name and title*

B-21-MJ-682

## ATTACHMENT A

I am a Special Agent (SA) of the United States Homeland Security Investigations (HSI), and have knowledge of the following facts:

On June 26, 2021, HSI agents responded to a report of possible alien smuggling activity in progress at the Harlingen Airport. Once there, agents observed a private airplane sitting on the tarmac preparing to taxi to the runway for takeoff. Agents approached the aircraft, identified themselves accordingly and conducted immigration inspections of all nine (9) passengers sitting on board. Among the passengers were eight (8) illegal aliens (IAs) in possession of fictitious U.S. State Identification Cards and one United States Citizen, subsequently identified as Adriana Garcia; hereinafter referred to as GARCIA. Agents detained all nine subjects pending further investigation.

During post-Miranda Interviews, GARCIA admitted to her participation in this alien smuggling scheme for monetary gain. GARCIA admitted to paying for the chartered flight with money provided by the coordinator of this smuggling scheme, a female she referred to as "Rose" Last Name Unknown (LNU) from Harlingen, Texas. GARCIA stated she was to escort the IAs from Harlingen, Texas to Houston, Texas where she was to deliver said IAs to an associate waiting to take possession. GARCIA stated the person in Houston, Texas was to pay GARCIA for her participation in this smuggling scheme in cash ($1,200.00 USD) upon successful delivery to Houston, Texas.

**Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed.R.Crim.4.1 on (06/28/2021).**

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.

_____
Honorable U.S. Magistrate Judge
Ronald G. Morgan

_____
Jeffrey Davison, Special Agent
U.S. Department of Homeland Security
Immigration and Customs Enforcement
Homeland Security Investigations