3-3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States Courts
Southern District of Texas
FILED
*June 28, 2021*
Nathan Ochsner, Clerk of Court

**THE STATE OF TEXAS**

**COUNTY OF CAMERON**

BEFORE ME, the undersigned authority, on this day personally appeared **Jeffrey A. Davison** to be the person whose name is subscribed hereto, and being by me first duly sworn, upon oath deposes and says: "I am a HSI **Special Agent** stationed at **Harlingen, Texas**;

I investigated the case of the United States of America versus:

Adriana Garcia                                                                B-21-MJ-682

and from my investigation it appears that:

① ②
**Rudi Nehemias ALARCON-Mazariego, Juan Francisco HERNANDEZ-Rodriguez,**

citizen(s) and national(s) of El Salvador, Guatemala, was(were) transported within the United States as specified in the complaint. The subject(s) is (are) a material witness in said cause and it may be impractical to secure their presence by subpoena and for that reason he (she)(they) should be held as material witness(es).

FURTHER AFFIANT SAYETH NOT.

_____
Jeffrey A. Davison, Special Agent
HSI Special Agent

Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed.R.Crim.4.1 on (06/28/2021).

___28___ th day of ___June, 2021.___

_____
Ronald G. Morgan
**U.S. MAGISTRATE JUDGE**